1  THE KARLIN LAW FIRM LLP
2  L. Scott Karlin (SBN 90605)
3  David E. Karlin (SBN 275905)
   13522 Newport Avenue, Suite 201
4  Tustin, California  92780
5  Telephone: (714) 731-3283
   Facsimile: (714) 731-5741
6  lsk@karlinlaw.com
7  david@karlinlaw.com

8  Attorneys for Defendant: Main & Main Del Paso LLC

9
                **UNITED STATES DISTRICT COURT**
10
                **EASTERN DISTRICT OF CALIFORNIA**
11
   Cynthia Hopson,                        | Case No. 2:17-cv-01946-JAM-AC
12
                                          |
13            Plaintiff,                   | Stipulation to Extend Time to Respond to
                                          | Initial Complaint By Not More Than 28
14       vs.                              | Days;  Order
15   T & S Business Corporation, as an entity |
     and doing business as "Ihop #649", GIM | Complaint served: 10/3/17
16   S. Wong, as an individual and doing   | Current response date: 10/24/17
     business as "Red Star International   | New response date: 11/21/17
17   Foods", Main & Main Del Paso LLC,     |
     and Does 1-10, inclusive,            |
18
19
              Defendants.
20
21

22        The following stipulation is entered into by and between Plaintiff, Cynthia Hopson
23  and Defendant, Main & Main Del Paso LLC, in this action ("Parties"), by and through
24  their respective counsel of record.  The Parties hereby enter into the following stipulation:
25        WHEREAS, Local Rule 144(a) of the United State District Court for the Eastern
26  District of California provides that the parties may stipulate to extend the time for
27  responding to a complaint without leave of Court so long as all parties affected by the
28  extension consent and the extension is no longer than 28 days;

                                    1

1. Plaintiff agrees to give Defendant Main & Main Del Paso LLC an extension to respond to the Complaint.

2. Original due date to respond to the Complaint was on October 24, 2017 for Defendant, Main & Main Del Paso LLC.

3. It is agreed and stipulated that the new due date will be November 23, 2017 for Defendant Main & Main Del Paso LLC in this action.

Good cause exists for this extension as defense counsel has just been retained for this case and requires time to become knowledgeable about the case to prepare an initial pleading.

Accordingly, the Parties stipulate to the above.

IT IS SO STIPULATED.

DATED: 10/18/17        **LAW OFFICE OF DANIEL MALAKAUSKAS**

By: ___/s/ Daniel Malakauskas___
Daniel Malakauskas, Esq.
Attorney for Plaintiff, Cynthia Hopson

DATED: 10/18/17        **THE KARLIN LAW FIRM LLP**

By: ___/s/ David E. Karlin_____
David E. Karlin, Esq.
Attorneys for Defendant, Main & Main Del Paso LLC

I, David E. Karlin attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

_/s/ David E. Karlin_____
David E. Karlin

2

## <u>ORDER</u>

The Court, having duly considered the parties' stipulation set forth above, and good cause appearing, orders as follows:

Defendant's deadline to file a responsive pleading to Plaintiffs' First Amended Complaint is extended to November 11, 2017.

**IT IS SO ORDERED.**


Dated: 10/19/17                    /s/ John A. Mendez_____

                                   U. S. District Court Judge